# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT
## [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

_Joe Nathan James, Jr._
Name under which you were convicted

_Z-610_
Your prison number

CIVIL ACTION NO. _22-CV-270-TFM-N_
(To be supplied by Clerk of Court)

vs.
_Julia Jordan Weller (official capacity)_
_Terry Raybon (official capacity)_
Name of Defendant(s)

_Holman Prison, K-25 Holman 3700 Atmore, AL 36503_
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 12/1/2020

E. <u>Pleading the Complaint</u>. Your complaint <u>should</u> <u>not</u> contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a <u>short</u> and <u>plain</u> statement of your claim and shall provide fair notice <u>to</u> <u>each</u> <u>defendant</u> of the claim against that defendant and of the factual grounds upon which the claim rests.

F. <u>Fees</u>. This complaint cannot be properly filed unless it is accompanied by the $402.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. <u>Form of Pleadings</u>. All pleadings and other papers filed <u>must</u> be on 8 1/2" x 11" paper, <u>legibly</u> handwritten or typewritten. Every document filed after the complaint must have the style of the case and the <u>docket</u> <u>number</u>. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading <u>will</u> <u>be</u> <u>stricken</u>. <u>See</u> Fed. R. Civ. P. 11(a). No notary is required.

H. <u>Certificate of Service</u>. Each pleading filed after the complaint <u>must</u> contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading <u>will</u> <u>be</u> <u>stricken</u> if it does not contain this certificate of service. <u>See</u> Fed. R. Civ. P. 5.

I. <u>Copies</u>. This Court <u>will</u> <u>not</u> make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. <u>Form of Pleadings</u>. <u>Do</u> <u>not</u> write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. <u>No Evidence</u>. No evidence shall be sent to the Court for filing or storing.

**I. PREVIOUS LAWSUITS.**

2

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
    Yes (✓)    No ( )

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
    Yes (✓)    No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

    1. Parties to this previous lawsuit:

Plaintiffs: Joe Nathew Jones, Jr.

Defendants: Jerry Baybow, Commissioner of Alabama Department of Corrections

    2. Court (if federal court, name the district; if state court, name the county): United States District Court for the Southern District of Alabama

    3. Docket Number: 20-0299-CG-MU

    4. Were you granted the opportunity to proceed without payment of filing fees?
Yes ( )    No (✓)

    5. Name of judge to whom the case was assigned: P. Bradley Murray

    6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

dismissed without prejudice for being malicious

    7. Approximate date of filing lawsuit: May 31, 2020

    8. Approximate date of ruling by court: July 20, 2020

3

## II. YOUR PRESENT COMPLAINT.

A. Place or institution where action complained of occurred: Holman Prison

B. Date it occurred: On going

C. Is there a prisoner grievance procedure in this institution? No

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )    No (✓)

E. If your answer is YES:

   1. What steps did you take? N/A

   2. What was the result? N/A

F. If your answer is NO, explain why not: No grievance process

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

The defendant Julia Jordan Weller caused a Order to be issued Setting the Plaintiff an Execution date for July 28, 2022, That Order was and is intended to constitute an Execution warrant which only the Clerk of the Court which pronounced the Sentence has the Statutory authority to issue, Julia Jordan Weller is not that Clerk, The defendant, Julia Jordan Weller, then caused that Order to be hand delivered by the Marshal of the Appellate Courts of Alabama to Terry Raybon, Warden of Holman prison, directing him to Execute the Petitioner on July 28, 2022, The defendant's, Julia Jordan Weller, illegal actions has placed the Plaintiff's life in imminent danger by fraudulently granting authority to Terry Raybon to Execute the Plaintiff, Terry Raybon intends to use the Order instead of a Execution warrant issued

4

## III. PARTIES.

A. Plaintiff (Your name/AIS): Joe Nathan James, Jr. Z-610

   Your present address: K-25 Holman 3700 Atmore, AL. 36503

B. Defendant(s):

1. Defendant (full name) Julia Jordan Weller is employed as Clerk at Alabama Supreme Court

   His/her present address is 300 Dexter Avenue Montgomery, AL. 36104-3741

   (a) Claim against this defendant: Caused a fraudulent execution warrant to issue and ordered it delivered by illegal means.

   (b) Supporting facts (Include date/location of incident):
   On June 2, 2022 the defendant issued an order substituting, without legal authority, an execution warrant issued by the Clerk of Court on June 8, 2022 the defendant had that order delivered to Terry Raybon by illegal means

2. Defendant (full name) Terry Raybon is employed as Warden

   at Holman Prison

   His/her present address is Holman 3700 Atmore, AL. 36503

   (a) Claim against this defendant: Using fraudulent/illegal execution warrant as authority to begin execution proceedings and to ultimately execute the Plaintiff

   (b) Supporting facts (Include date/location of incident):
   On June 8, 2022 Terry took illegally receipt of an order delivered him by the Marshal of the Appellate Courts of Alabama, and intends that order as authority to execute the Plaintiff

3. Defendant (full name) N/A is employed as N/A

   at N/A

   His/her present address is N/A

5

(a) Claim against this defendant: ___N/A___

(b) Supporting facts (Include date/location of incident):

___N/A___

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: __Capital Murder during burglary first degree__

2. When were you convicted? __June 16, 1999__

3. What is the term of your sentence? __Death__

4. When did you start serving this sentence? __N/A__

5. Do you have any other convictions which form the basis of a future sentence?
    Yes ( )     No (✓)

If so, complete the following:

(a) Date of conviction: __N/A__

(b) Term of sentence: __N/A__

6. What is your expected end of sentence (E.O.S.) date? __N/A__

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(✓) | yes( ) no(✓) |
| Expunged | yes( ) no(✓) | yes( ) no(✓) |
| Invalidated | yes( ) no(✓) | yes( ) no(✓) |

6

    Writ of habeas  yes( ) no( )       yes( ) no(l)✓
    corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____N/A_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

Issue an Order permanently staying the Execution set for July 28, 2022, Ordering that a legal Execution warrant cannot issue in this matter

VI. **AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

6/29/22
Date

_Joe N. James   Z-610_
(Signature of Plaintiff Under Penalty of Perjury)

K-25 Holman 3700
Current Mailing Address

Atmore, AL. 36503

N/A
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC.  FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

Previous lawsuits:

1. James v. Bailey, CA No. 2:96-CV-01053-SLB-ETC (N.D. Ala. Oct. 11, 1996)
2. James v. Alabama, CA No. 5:96-CV-001340-ELN-ETC (N.D. Ala. July 22, 1996)
3. James v. Bailey, CA No. 2:96-CV-01523-JFG-ETC (N.D. Ala. Oct. 11, 1996)
4. James v. Raybon, et al., CA No.: 20-0299-CG-MU
5. James v. Raybon, et al., CA No. 21-0437-CG-MU
6. James v. Raybon, et al., CA No. 21-0450-CG-MU
7. James v. Marshall, et al., CA No. 21-0453-CG-MU
8. James v. Jefferson County, et al., CA No. 22-33-CG-MU
9. James v. Marshall, CA No. 1:22-CV-241-TFM-N
10. James v. Federal Defenders, CA No. 1:22-CV-242-TFM-N

Habeas Actions:

1. James v. Garrett, CA No. 2:95-CV-01115-SLB-ETC
2. James v. Culliver, CA No. 2:10-CV-02929-CLS-HGD; Aff'd James v. Warden, ___ F.3d ___ (11th Cir. July 1, 2020)
3. James v. Raybon, CA No.: 1:22-CV-00152-JB-N

Continued:

by the Clerk of the Court which pronounced the death sentence, even though that Order and the Plaintiff was delivered into his hands illegally, the Plaintiff therefore asks this Court to issue a Temporary Restraining Order and a Preliminary Injunction ordering that the Order issued by the defendant, Julia Jordan Weller, cannot be used as authority nor a replacement for a Execution warrant, and to issue a permanent stay of the Execution set for July 28, 2022 ordering that no valid Execution warrant can issue in this matter.

Joe N. James #Z-610
K-25
Holman 3700
Atmore, AL. 36503



Legal Mail

United States District Court
Southern District of Alabama
Clerk
155 St. Joseph Street
Mobile, Alabama 36602