IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOE NATHAN JAMES, JR., <br> AIS 000Z610 <br><br> Plaintiff, <br><br> vs. <br><br> TERRY RAYBON, Warden, *et. al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV. ACT. NO. 1:22-cv-270-TFM-N <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is

**ORDERED**, **ADJUDGED** and **DECREED** that this action is **DISMISSED** without prejudice.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 14th day of July 2022.

> /s/ Terry F. Moorer
> TERRY F. MOORER
> UNITED STATES DISTRICT JUDGE